UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
26-mj-098 (DJF)

STATE OF MINNESOTA    )
                      )  ss.
COUNTY OF HENNEPIN    )

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Richard Berger, being duly sworn, do hereby state as follows:

## INTRODUCTION & AGENT BACKGROUND

1.    I am Special Agent with the U.S. Homeland Security Investigations, Department of Homeland Security (HSI) and have been so employed since September 2009. I am a graduate of the Federal Law Enforcement Training Center, which consisted of the Criminal Investigator Training Program, and U.S. Immigration and Customs Enforcement Special Agent Training.

2.    Prior to working with HSI, I was employed as a U.S. Customs and Border Protection Officer for approximately four years. During my career, I have conducted and participated in multiple investigations involving the unlawful importation and the distribution of controlled substances, the assault and hinderance of federal officers while engaged in the performance of their official duties, fraud and identity theft violations, export violations, financial crimes, illegal alien smuggling and human trafficking violations, child pornography, and various immigration violations. During these investigations, I have conducted physical surveillance, executed arrest and search warrants,

reviewed tape-recorded conversations, and personally interviewed numerous sources of information as well as confidential sources.

3.    This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a complaint and arrest warrant for Asia Claire LITTELL for assaulting of a federal officer, in violation of Title 18, United States Code, Section 111(a).

4.    This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings at the writing of this affidavit. This affidavit does not include all the details I have learned regarding this investigation.    Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

5.    On January 9, 2026, at approximately 1:30 p.m., United States Border Patrol (USBP) Agents conducted immigration enforcement operations in the St. Paul, Minnesota area.  Border Patrol Agents (BPAs) were traveling westbound down Lake Street, in Minneapolis, MN.  BPAs observed a person of interest walking along the sidewalk and decided to conduct a consensual interview.

6.    BPAs pulled to the side of the road, exited their vehicle and announced in official uniform that they were "U.S. Border Patrol."  All BPA's

2

present were wearing issued uniforms with clear law enforcement markings. After BPA announced their presence and identity, the unidentified individual began to run along the sidewalk away from the BPAs. BPAs announced again that they were U.S. Border Patrol and directed the individual to stop running.

7.    A BPA (hereinafter, "BPA 1") pursued the fleeing individual on the sidewalk.  While pursuing the fleeing individual, BPA 1 observed a female, later identified as Asia Claire LITTELL ("LITTELL"), riding a bicycle. LITTELL thereafter struck BPA 1 with her bicycle to impede BPA-1's pursuit of the fleeing individual.  Following the initial strike, LITTELL continuously rammed BPA 1 with her bicycle, again preventing BPA 1 from pursing the fleeing individual. BPA 1 ordered LITTELL to move but she failed to comply and continued to ram her bicycle into BPA 1. In response to LITTELL's actions, BPA 1 deployed oleoresin capsicum (OC) spray in the direction of LITTELL. BPA 1 was also affected by the OC Spray.

8.    A Supervisory BPA then attempted to detain LITTELL. The Supervisor BPA gave LITTELL verbal commands to get on the ground and to stop resisting agents. LITTELL refused to comply and continued resisting BPAs efforts to handcuff her. Eventually BPAs were able to place LITTELL under arrest for violating 18 U.S.C. § 111(a).

## CONCLUSION

9.    Based on the information set forth above, there is probable cause

3

to believe that the Defendant, Asia Claire LITTELL forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a federal officer in performance of official duties, and the act(s) involved physical contact with the victim, in violation of Title 18, United States Code, Section 111(a).


Richard Berger
Special Agent, HSI


SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
January 29, 2026


DULCE J. FOSTER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA

4