| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-mj-98 (DWF/EMB) |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ASIA LITTELL'S MOTION TO** |
| | ) | **DISMISS FOR FAILURE TO STATE** |
| ASIA CLAIRE LITTELL, | ) | **AN OFFENSE** |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Criminal Procedure 12(b)(3)(B)(v), Asia Littell, moves this Court for a dismissal of the information for "failure to state an offense."

Federal Rule of Criminal Procedure 7(c) requires that an information "must be a plain, concise, and definite written statement of the essential facts constituting the offense charged[.]" An information is sufficient when it contains "the elements of the offense charged, and sufficiently apprises the defendant of what he must be prepared to meet, and in case any other proceedings are taken against him for a similar offense, whether the record shows with accuracy to what extent he may plead a former acquittal or conviction." *United States v. Tebeau*, 713 F.3d 955, 962 (8th Cir. 2013). A charging document is insufficient when a key element of the charge is not included. *United States v. Olson*, 262 F.3d 795, 799 (8th Cir. 2001). When determining whether the information has failed to state an offense, the Court must test the information solely on the allegations contained on the face of the information and must not consider evidence outside of the four corners. *United States v. Sholley-Gonzalez*, 996 F.3d 887, 893 (8th Cir. 2021).

The information in this case charges a violation of 18 U.S.C. § 111(a)(1). (ECF No. 14). The Eighth Circuit model instruction 6.18.111 provides the following elements for Count 1:

One, that the defendant forcibly assaulted, in this case a United States Border Patrol employee;

Two, the assault was done voluntarily and intentionally; and

Three, at the time of the assault, the United States Border Patrol employee was doing what he was employed by the federal government to do.

The information tracks the statutory language of 18 U.S.C. § 111(a) and as a result satisfies the first element and third element of the offense. The information clearly alleges Ms. Littell has been charged with forcible assault (first element) of a United States Border Patrol employee (third element). However, the information makes no allegation that addresses the second element the offense. The information's failure to allege a key element (the second element of the offense) is a defect that requires dismissal.

Additionally, while not strictly required, the lack of any alleged facts in the information is problematic because the misdemeanor information does not adequately allege a 111(a) offense to provide her with notice of what she needs to defend, nor does it provide her adequate protection to raise double jeopardy defenses in the future. As a result, the information must be dismissed.

Finally, in this case the misdemeanor information was signed by a U.S. Army Judge Advocate. Currently pending before this District in *United States v. Paul E. Johnson*, 26-mj-81 (KMM/SGE) (ECF No. 24), is a Motion to Strike the Appearance of Government's

Counsel. In that motion, Johnson argues that a U.S. Army Judge Advocate is prohibited from acting on behalf of the Government before this Court. If the motion in *Johnson* is granted, and a finding is made that U.S. Army Judge Advocates are prohibited from acting on behalf of the Government before this Court, then the information in this case must also be deemed invalid as it is signed by a U.S. Army Judge Advocate.

Dated:  March 12, 2026                         Respectfully submitted,

                                               *s/ Lisa M. Lopez*

                                               Lisa M. Lopez
                                               Attorney ID No. 395791
                                               Attorney for Ms. Littell
                                               107 U.S. Courthouse
                                               300 South Fourth Street
                                               Minneapolis, MN 55415